**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                       CASE NO.:  8:14-bk-08801-KRM
Larry Davis and                                                       CHAPTER 7
Wanda Puryear a/k/a Wanda Davis
         Debtor(s)._____/

**ORDER ON MOTION FOR RELIEF FROM STAY WITH NEGATIVE NOTICE OR ALTERNATELY WITH ADEQUATE PROTECTION**
**(Docket No. 8)**

This case, having come before the Court without a hearing upon the Motion for Relief from Stay with Negative Notice or Alternately with Adequate Protection (docket no. 8). The Court reviewed the record, and determined that relief from the automatic stay should be granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1.   Summerfield Master Homeowners' Association Inc., holds a interest in the property located at 11501 Addison Chase Drive, Riverview, FL 33579, property owned by Wanda Puryear a/k/a Wanda Davis, et al ("Debtor(s)"). The Real property described as:

> **LOT 50 in Block 1, of Summerfield Village 1, Tract 18, according to the plat thereof, as recorded in Plat Book 108 at Page 76, of the Public Records of Hillsborough County, Florida.**
>
> **ADDRESS:  11501 Addison Chase Drive, Riverview, FL 33579**

2.   The Motion for Relief from Stay filed by "Creditor" is hereby Granted *in rem* and not *in personam.*

DONE AND ORDERED at Tampa, Florida on __ December 23, 2014 ____.

_____
K. Rodney May
United States Bankruptcy Court

"Attorney Curran K. Porto is directed to serve a copy of this Order on interested parties and file a Proof of Service within 3 days of entry of the Order."